IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| HIRTLE CALLAGHAN HOLDINGS, ET AL. : | |
| : | CIVIL ACTION |
| v.    : | |
| : | NO. 18-2322 |
| CURT R. THOMPSON, ET AL.    : | |

## O R D E R

**AND NOW**, this 26th day of March 2021, upon consideration of Plaintiffs' Motion For Reconsideration of the Court's February 3, 2021 Order (ECF No. 32), all documents submitted in support thereof and in opposition thereto, and the conference on February 17, 2021, it is **ORDERED** that Plaintiffs' Motion is **GRANTED IN PART** and **DENIED IN PART** for the reasons set forth in the accompanying Memorandum and as follows:

1. The section of this Court's February 3 Order granting Plaintiffs' Motion to Compel all tax returns for Don Callaghan from 2018 to present is **VACATED**.

2. Defendants shall otherwise produce the documents ordered compelled in the February 3 Order in the manner prescribed in the accompanying Memorandum within ten (10) days from the date of this Order.

**IT IS SO ORDERED.**

BY THE COURT:

*/s/ R. Barclay Surrick*
**R. BARCLAY SURRICK, J.**