IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| HIRTLE CALLAGHAN HOLDINGS, INC, ET AL. : : : v. : : CURT R. THOMPSON, ET AL. : | CIVIL ACTION NO. 18-2322 |

# ORDER

AND NOW, this 7th day of June 2022, upon consideration of Defendants' Motion to Dismiss Certain Counts of Plaintiffs' Amended Complaint (ECF No. 53) and Plaintiffs' Response in opposition thereto (ECF No. 55), and all documents submitted in support thereof and in opposition thereto, it is **ORDERED** that Defendants' Motion is **GRANTED in part and DENIED in part**, as follows:

1) The Motion is **GRANTED** as to Counts II (Breach of Fiduciary Duty), III (Fraud and Concealment), V (Tortious Interference), VI (Conversion of Business Information), VII (Unfair Competition), VIII (Fraud), IX (Negligent Misrepresentation), and X (Civil Conspiracy) against Defendant Curt Thompson.

2) The Motion is **DENIED** as to all counts (Counts II through XI) against the remaining Defendants.

**IT IS SO ORDERED.**

BY THE COURT:

*/s/ R. Barclay Surrick*
**R. BARCLAY SURRICK, J.**